FILED
DISTRICT COURT OF GUAM
NOV 17 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

CV- 05-00033

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) PETITION FOR WRIT OF HABEAS ) CORPUS |
| vs. | ) |
| JAMES IAN MYSTERY, | ) |
| Defendant. | ) |

## PETITION FOR WRIT OF HABEAS CORPUS

COMES NOW JAMES IAN MYSTERY, and moves this Honorable Court to grant petitioners Writ of Habeas Corpus, pursuant to Title 28 § 2241, and release petitioner forthwith.

Petitioner's reasons for issuance of the Writ of Habeas Corpus are as follows:

I, JAMES MYSTERY, am a citizen of the United States. I was arrested in the Republic of the Philippines by United States Federal Bureau of Investigation Agents and agents of the Republic of the Philippines on November 10, 2005. I was brought here to Guam on Saturday, November 12, 2005 by officials of the United States Government. I have been held in the United States Federal Detention Facility in Hagatna, Guam since Saturday, November 12, 2005. I have not appeared before any Federal judicial officer, magistrate or judge since my incarceration here. I have not been appointed counsel. This Court has jurisdiction under 18 U.S.C. § 2241. As the requested Writ of Habeas Corpus stands as the precious safeguard of

**ORIGINAL**

personal liberty and there is no higher duty than to maintain it unimpaired, I pray this Court grant my petition.

DATED: Hagatna, Guam, November 17, 2005

_____
JAMES IAN MYSTERY

# CERTIFICATE OF SERVICE

I, ALEXANDER A. MODABER, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on November 17, 2005:

MIKEL W. SCHWAB
Assistant United States Attorney, Civil Chief
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Mongmong, Guam, November 17, 2005.

_____
ALEXANDER A. MODABER
Assistant Federal Public Defender