FILED
DISTRICT COURT OF GUAM
NOV 17 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| JAMES IAN MYSTERY, | CIVIL CASE NO. 05-00033 |
| Petitioner, | |
| vs. | |
| UNITED STATES OF AMERICA, | **ORDER TO SHOW CAUSE** |
| Respondent. | |

On November 17, 2005, the above-named petitioner (the "Petitioner") filed a Petition for a Writ of Habeas Corpus alleging that he had been arrested in the Republic of the Philippines by agents of the Federal Bureau of Investigation on November 10, 2005. Additionally, the Petitioner claimed that he has been held in custody at the United States Federal Detention Facility in this District since November 12, 2005. Furthermore, the Petitioner asserted that he has not been brought for an initial appearance before any magistrate judge or local judicial officer since his incarceration.

The Government is ordered to show cause why this Court should not grant the Petition and release the Petitioner immediately. The Government's response to this Order to Show Cause shall be filed no later than November 17, 2005 at 5:00 p.m. A hearing on this matter shall be held on Friday, November 18, 2005 at 9:30 a.m.

SO ORDERED this 17th day of November 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge