# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| James Ian Mystery,<br><br>Petitioner,<br><br>vs.<br><br>United States of America,<br><br>Respondent. | Case No. 1:05-cv-00033<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order to Show Cause filed November 17, 2005,* on the dates indicated below:

*Office of the U.S. Attorney*        *Office of the Federal Public Defender*
*November 17, 2005*                  *November 17, 2005*

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

*Order to Show Cause filed November 17, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 17, 2005                    /s/ Renee M. Martinez
                                                               Deputy Clerk