# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| James Ian Mystery, | Case No. 1:05-cv-00033 |
| Petitioner, | |
| vs. | |
| United States of America, | **CERTIFICATE OF SERVICE** |
| Respondent. | |

The following office(s)/individual(s) acknowledged receipt of the *Order to Show Cause filed November 17, 2005,* on the dates indicated below:

*Office of the U.S. Marshal*
*November 17, 2005*

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

*Order to Show Cause filed November 17, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 17, 2005          /s/ Renee M. Martinez
                                                 Deputy Clerk