ORIGINAL

FILED
DISTRICT COURT OF GUAM
NOV 17 2005
MARY L.M. MORAN
CLERK OF COURT

Mystery.2255

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| JAMES IAN MYSTERY,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL CASE NO. 05-00033<br><br>UNITED STATES RESPONSE TO<br>HABEAS CORPUS PETITION |

    FBI Special Agent Deen Abbott filed a Complaint in the District Court of Nevada charging petitioner with Unlawful Flight to Avoid Prosecution (UFAP) in violation of Title 18, United States Code, § 1073 (Exhibit 1). This Complaint was based upon an arrest warrant issued by the Justice Court, Las Vegas Township, Clark County, Nevada (Exhibit 2). Based upon the Complaint of S/A Deen, the District Court of Nevada issued a warrant for petitioner's arrest May 24, 2005 (Exhibit 3). Accordingly, the U.S. Department of State revoked petitioner's passport (Exhibit 4). Defendant was discovered in the Philippines

    The Philippine government arrested petitioner and summarily deported him by placing him on a plane to Guam. The FBI was advised that petitioner would be arriving at the airport Saturday morning, November 12, and that there was a UFAP warrant outstanding for him. FBI

-1-

agents verified that there was such a warrant, and arrested defendant at the airport, lodged him in federal detention facilities, and notified this office by fax at 6:58 a.m. on Monday, November 14. This office should have requested an appearance on that date.

Instead, the matter was treated as a new case, and assigned to an Assistant U.S. Attorney. The documents were faxed to the Guam Attorney General on Monday, but this office failed to request an initial appearance pending petitioner's removal to local custody. Assistant AG Dianne Corbett ordered the necessary papers from Nevada and began preparing a petition to take Mystery into local custody pursuant to the Interstate Agreement on Detainers; her petition and the order are attached hereto as Exhibit 5. At 3:35 p.m. today this office has talked to the Clerk of the Superior Court, was advised that the Order would be signed and that petitioner was scheduled for a 4:00 p.m. hearing today. This office has notified the U.S. Marshal's Service and requested that it transport petitioner to the Superior Court for this 4 p.m. hearing.

This office will fax this complaint to the U.S. Attorney's Office in the District of Nevada and request that it move to dismiss the UFAP charge.

Respectfully submitted this __17th__ day of November, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: */s/ Karon V. Johnson*
KARON V. JOHNSON
Assistant U.S. Attorney

AO91 (Rev. 5/85) Criminal Complaint

# United States District Court
## DISTRICT OF NEVADA

FILED
Mar. 24  12 57 PM '05

UNITED STATES OF AMERICA
v.

JAMES IAN MYSTERY
5201 Mineral Lake Drive
Las Vegas, NV

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

MJ-S-05-0450-RJJ-RJJ

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.
On or about **04/24/2004** in **Clark** county, in the _____ District of **Nevada** defendant(s), did:

willfully, unlawfully, knowingly, and with the intent to avoid prosecution, travel in interstate commerce from Las Vegas, Nevada, to Cebu, Philippines, or other areas not currently known, after committing the crimes of Violation of Custody Rights, a felony under the laws of the State of Nevada, Nevada Revised Statutes (NRS)200.359(1)(a).

in violation of Title **18** United States Code, Section(s) **1073**

I further state that I am a(n) **Special Agent** and that this complaint is based on the following facts:

On 3/21/2005, a Clark County, Nevada, Justice Court Warrant was issued for the Defendant - James Ian Mystery. This warrant is for Violation of Custody Rights.

On 4/24/2004, the subject fled to the Philippines with the victim child. Detectives from the Las Vegas Metropolitan Police Department and the victim's mother, Shante Sanchez, have been in contact with the subject by email and telephonically in the Philippines. For this reason it is believed that the defendant committed the crimes mentioned above in the State of Nevada, traveled to the Philippines, and/or other locations currently unknown.

Continued on the attached sheet and made a part hereof: ☐ Yes ☒ No

Signature of Complainant
DEEN ABBOTT
Special Agent, FBI
Las Vegas, Nevada

Sworn to before me and subscribed in my presence,

By _____

Date: May 24, 2005   at  Las Vegas, Nevada
City and State

UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

ROBERT J. JOHNSTON
Signature of Judicial Officer


GOVERNMENT EXHIBIT

WARRANT ELECTRONICALLY GENERATED AND ENTERED INTO NCJIS
*** DO NOT MANUALLY ENTER INTO NCJIS ***

JUSTICE COURT, LAS VEGAS TOWNSHIP
CLARK COUNTY NEVADA

| | |
|---|---|
| THE STATE OF NEVADA ) | CASE NO: 05F04684X |
| PLAINTIFF ) | DEPT. NO: 7 |
| VS. ) | AGENCY: ATTY GENERAL |
| MYSTERY, JAMES IAN ) | |
| ID# X0087231 ) | |
| ) | ARREST WARRANT |
| DEFENDANT ) | |

THE STATE OF NEVADA,

TO: ANY SHERIFF, CONSTABLE, MARSHALL, POLICEMAN, OR PEACE OFFICER
IN THIS STATE:

A COMPLAINT AND AN AFFIDAVIT UPON OATH HAS THIS DAY BEEN LAID
BEFORE ME ACCUSING MYSTERY, JAMES IAN, OF THE CRIME(S):

| COUNTS | CHARGE | BAIL: CASH | SURETY | PROPERTY |
|---|---|---|---|---|
| 1 | DETENTION/CHILD F/PERS | 3,000.00 | 30,000.00 | |

YOU ARE, THEREFORE, COMMANDED FORTHWITH TO ARREST THE ABOVE NAMED
DEFENDANT AND BRING HIM BEFORE ME AT MY OFFICE IN LAS VEGAS TOWNSHIP,
COUNTY OF CLARK, STATE OF NEVADA, OR IN MY ABSENCE OR INABILITY TO
ACT, BEFORE THE NEAREST AND MOST ACCESSIBLE MAGISTRATE IN THIS COUNTY.

THIS WARRANT MAY BE SERVED AT ANY HOUR OF THE DAY OR NIGHT.

GIVEN UNDER MY HAND THIS 21ST DAY OF MARCH, 2005.

*Karen Bennett-Haron*
JUSTICE OF THE PEACE IN AND FOR SAID TOWNSHIP
KAREN BENNETT-HARON

SHERIFF'S RETURN

I HEREBY CERTIFY THAT I RECEIVED THE ABOVE AND FOREGOING WARRANT
ON THE _____ DAY OF _____, ____. AND SERVED THE SAME BY
ARRESTING AND BRINGING DEFENDANT, _____, INTO COURT
THIS _____ DAY OF _____, ____.

BILL YOUNG, SHERIFF, CLARK COUNTY, NEVADA

BY: _____, DEPUTY

FOR NCIC PURPOSES ONLY

James Mystery: DOB 9/12/1937



GOVERNMENT EXHIBIT 2

AO442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF NEVADA

FILED
May 24 12 57 PM '05

UNITED STATES OF AMERICA
v.

JAMES IAN MYSTERY

**WARRANT FOR ARREST**

**CASE NUMBER:**

MJ-S-05-0450-RJJ-RJJ

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JAMES IAN MYSTERY__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Unlawful Flight to Avoid Prosecution (UFAP)

5-24-05

_m. Seidl_ ✗

in violation of Title __18__ United States Code, Section(s) __1073__
UNITED STATES MAGISTRATE JUDGE

Name of Issuing Officer: __ROBERT J. JOHNSTON__
Title of Issuing Officer: May 24, 2005
Signature of Issuing Officer:
Date and Location: **DISTRICT OF NEVADA-LAS VEGAS**

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __Tiyan, Guam__

DATE RECEIVED: 11/13/05
DATE OF ARREST: 11/13/05
NAME AND TITLE OF ARRESTING OFFICER: SA Kenneth R Klotz SR
SIGNATURE OF ARRESTING OFFICER: [signature]

GOVERNMENT EXHIBIT 3
CARDELS 800-783-0399



*Embassy of the United States of America*

*Manila, Philippines*

July 11, 2005

James Ian Mystery

Dear Mr. Mystery:

The Department of State has requested this office inform you that it has revoked passport number 206297564 issued to you on April 24, 2002, and any other U.S. Passport you may possess, whether issued to you in your true identity or not, under the provisions of section 51.70 (A)(1) and 51.72 (A) of Title 22 of the Code of Federal Regulations which read as follows:

> Section 51.70 - Denial of Passports - (A) A passport except for direct return to the United Sates, shall not be issued in any case in which: (1) the applicant is the subject of an outstanding federal warrant of arrest for a felony, including a warrant issued under the Federal Fugitive Act (18 U.S.C. 1073).

> Section 51.72 - Revocation or Restriction of Passports - A passport may be revoked, restricted or limited where: (a) the national would not be entitled to issuance of a new passport under section 51.70 or 51.71.

The Department's action is predicted upon evidence that you are the subject of a warrant for arrest issued on May 24, 2005 by the United States District Court, for the District of Nevada, Las Vegas, charging you with violating Section 1073 of Title 18 of the United States Code.

Any further use of any U.S. Passport issued to you would constitute a violation of Section 1544 of the Title 18 of the United States Code, a felony.

You are advised of your right to a hearing under sections 51.80 through 51.89 of the Passport Regulations, a copy of which is enclosed. If you should desire such a hearing, you must notify this office within 60 days after receipt of the notice. However, such a hearing would be limited to determining whether or not you are the subject of the warrant of arrest and if the appropriate passport regulations were properly applied.



Furthermore, you are advised that a request for a hearing does not repeat does not serve to stay the revocation action taken by the Department of State.

The revocation of the passport(s) in no way affects your eligibility to be documented for direct and immediate return to the United States. Should you desire such documentation, please contact this office.

Sincerely,

Christopher Rowan
Consul
United States of America

Enclosures:
As stated

Case 1:05-cv-00033  Document 5  Filed 11/17/2005  Page 7 of 17
TOTAL P.06

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
General Crimes Division
The Justice Building
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3406 • (671) 477-3390 (Fax)
www.guamattorneygeneral.com • guamattorneygeneral@hotmail.com

Attorneys for the People of Guam

RECEIVED NOV 17 2005 SUPERIOR COURT OF GUAM CLERKS OFFICE

# IN THE SUPERIOR COURT OF GUAM
## HAGÅTÑA, GUAM

| | |
|---|---|
| PEOPLE OF GUAM ) | SPECIAL PROCEEDINGS |
| ) | **SP 0196-05** |
| vs. ) | |
| ) | |
| JAMES IAN MYSTERY, ) | WRIT OF HABEAS CORPUS |
| aka JAMES EBBETTS, ) | AD PROSEQUENDUM |
| ) | |
| Defendant. ) | |

The Court finds that **JAMES IAN MYSTERY aka JAMES EBBETTS** is a federal detainee with the United States Marshal, District of Guam, and that said prisoner is required to appear before this Court for further proceedings hearing on **November 17, 2005, at 4:00 p.m.** ✓

**IT IS HEREBY ORDERED** that officers of the Department of Corrections take custody of **JAMES IAN MYSTERY aka JAMES EBBETTS** from the U.S. Marshal, District of Guam, and produce **JAMES IAN MYSTERY aka JAMES EBBETTS** before this court on the above date and time, and during the period **JAMES IAN MYSTERY aka JAMES EBBETTS** is in the custody of Corrections officers, said personnel shall maintain his health, safety and security, and upon completion of the above-mentioned appearance or upon further order of the Court, shall return **JAMES IAN MYSTERY aka JAMES EBBETTS** forthwith to his place of confinement at the Department of Corrections, Federal custody.

**SO ORDERED** this 17th day of November, 2005.

HONORABLE ALBERTO C. LAMORENA, III
PRESIDING JUDGE
SUPERIOR COURT OF GUAM

SUBMITTED BY:

_Dianne Corbett_ (signature)

DIANNE H. CORBETT
Assistant Attorney General
Dated: November 17, 2005

GOVERNMENT EXHIBIT 5

Page 1
People v. JAMES IAN MYSTERY aka JAMES EBBETTS
Special Proceedings
Case 1:05-cv-00033    Document 5    Filed 11/17/2005    Page 8 of 17

**Office of the Attorney General**
**Douglas B. Moylan**
Attorney General of Guam
General Crimes Division
The Justice Building
287 West O'Brien Drive
Hagåtña, Guam 96910 ● USA
(671) 475-3406 ● (671) 477-3390 (Fax)
www.guamattorneygeneral.com ● guamattorneygeneral@hotmail.com

Attorneys for the People of Guam

# IN THE SUPERIOR COURT OF GUAM
# HAGÅTÑA, GUAM

| | |
|---|---|
| IN RE EXTRADITION,<br><br>OF<br><br>JAMES IAN MYSTERY,<br>aka JAMES EBBETTS,<br>DOB: 09/12/1937<br>SSN: Unknown<br><br>Defendant. | SPECIAL PROCEEDINGS SP<br><br>**SP 0196-05**<br><br>PETITION FOR ORDER: TO CONTINUE CUSTODY WITHOUT RELEASE; SCHEDULING ORDER; DECLARATION IN SUPPORT |

I. **THERE IS PROBABLE CAUSE TO BELIEVE JAMES IAN MYSTERY AKA JAMES EBBETTS IS A FUGITIVE FROM THE STATE OF NEVADA AND CONTINUED CUSTODY IS WARRANTED PURSUANT TO SECTION 140.20**

Come now the People of Guam, by and through Assistant Attorney General **DIANNE H. CORBETT**, and respectfully submit their petition for an order to continue custody without release in the aforementioned matter pursuant to Title 8 Guam Code Annotated section 140.20(c), as well as a scheduling order. This petition is made on the basis that there is probable cause to believe **JAMES IAN MYSTERY aka JAMES EBBETTS** is the subject of a Warrant of Arrest in the State of Nevada for the commission of a crime punishable by death or imprisonment for a term exceeding

Page 1
People v. JAMES IAN MYSTERY aka JAMES EBBETTS
Superior Court of Guam Special Proceedings
jbf\K:\HOMEJULS-K\EXTRAD\MYSTERY.WPD

Case 1:05-cv-00033    Document 5    Filed 11/17/2005    Page 9 of 17

one year, and/or violation of a term of bail, probation, parole and an order arising out of a criminal proceeding.

Based upon the supporting documentation of probable cause and any testimony that may be offered at hearing, the Attorney General of Guam respectfully requests, pursuant to Title 8 Guam Code Annotated section 140.20(c), the Court issue an order to continue custody of the defendant, without release, pending the issuance of a Governor's Warrant pursuant to section 140.34, as well as the calendaring of further hearing in thirty (30) days, or upon return of the Governor's Warrant if said warrant issues and is executed prior to the designated date.

## II. JAMES IAN MYSTERY aka JAMES EBBETTS SHOULD BE DENIED RELEASE AND REMAIN IN THE CUSTODY OF THE DEPARTMENT OF CORRECTIONS

The People further request that **JAMES IAN MYSTERY aka JAMES EBBETTS** remain in the custody of the Department of Corrections. Section 140.24(c) allows this Court discretion in releasing fugitives. There is no right to bail. The People request that the Court exercise its discretion in favor of the majority of jurisdictions that deny bail in matters of extradition, either by statute or judicial determination.

> The rationale of these decisions is that because the fugitive is being held for another state he should be readily available to be turned over to those who arrive to return him. A presumption exists that the demanding state will accord the fugitive all his legal rights, including that of bail.

*People v. Superior Court (Ruiz)*, 234 Cal.Rprt.214, 215 (Cal.App.4th Dist. 1986), finding California's statute forbidding bail in extradition cases did not violate the constitution.

> **An extradition hearing is not a criminal proceeding and the person whose return is sought is not entitled to the rights available in a criminal trial at common law.** Neely v. Henkel, 180 U.S. 109, 21 S.Ct. 302, 45 L.Ed. 448 (1901); Simmons v. Braun, 627 F.2d 635 (2nd Cir.1980); Charlton v. Kelly, 229 U.S. 447, 461, 33 S.Ct. 945, 949, 57 L.Ed. 1274 (1931); Glucksman v. Henkel, 221 U.S. 508, 512, 31 S.Ct. 704, 705, 55 L.Ed. 830 (1911).

*Matter of Extradition of Garcia*, 890 F.Supp. 914 (S.D.Cal. 1994). (Emphasis added.)

Page 2
People v. JAMES IAN MYSTERY aka JAMES EBBETTS
Superior Court of Guam Special Proceedings                    jbf\K:\HOMP\JULS-K\EXTRAD\MYSTERY.WPD

Case 1:05-cv-00033   Document 5   Filed 11/17/2005   Page 10 of 17

### III. THE PEOPLE REQUEST A SCHEDULING ORDER PURSUANT TO STATUTE

Section 140.24 allows this Court to retain custody for thirty days. The People request the Court calendar a hearing date thirty days from this date in order that they may secure a Governor's Warrant. If the Governor's Warrant issues and is executed prior to that date, the hearing will occur upon the return of the warrant. The fugitive **JAMES IAN MYSTERY aka JAMES EBBETTS** will be entitled to a hearing ten days after that appearance pursuant to section 140.35(c) and the People will move the Court at the time of the return to calendar said hearing.

Dated this day, Thursday, November 17, 2005.

**OFFICE OF THE ATTORNEY GENERAL**
DOUGLAS B. MOYLAN, Attorney General of Guam

*[signature]*

**DIANNE H. CORBETT**
Assistant Attorney General, General Crimes Division

# DECLARATION OF PROBABLE CAUSE

Comes now the People of Guam, by and through Assistant Attorney General, DIANNE H. CORBETT, and respectfully submit their petition for an order to continue custody in the aforementioned matter pursuant to Title 8 GCA § 140.20(c).

On November 14, 2005, **JAMES IAN MYSTERY aka JAMES EBBETTS** was detained on a United States District Court, District of Nevada, Warrant for Arrest issued on May 24, 2005. The warrant which arose out of Unlawful Flight to Avoid Prosecution charges for fleeing the state of Nevada after being indicted for Violation of Custody Rights, a felony in Nevada which carries the potential for imprisonment of greater than one year. **MYSTERY** was arrested coming into Guam from Manila, Philippines, after the United States State Department had revoked his passport. **MYSTERY** was detained on the Federal charges pending notification of Nevada authorities.

Contact was made by James Cruz, Investigator for the Office of the Attorney General, with Nevada authorities to determine whether they wished to extradite On November 16, 2005 at 5:00 p.m., communication was received from Bev Saucedo, extradition Coordinator for the Office of the Attorney General in the State of Nevada, that they do intend to extradite **JAMES IAN MYSTERY aka JAMES EBBETTS** from Guam to stand trial for charges in the State of Nevada.

Bail in the Nevada case has been set in the amount of $30,000.

Based on the foregoing, there is probable cause to believe that **JAMES IAN MYSTERY aka JAMES EBBETTS** is a person, the subject of another state's arrest warrant for the commission of a crime punishable by death or by imprisonment for a term exceeding one year.

I declare under penalty of perjury that the foregoing is true and correct. Executed this date, Thursday, November 17, 2005.

*Dianne Corbett* (signature)

**DIANNE H. CORBETT**
Assistant Attorney General

BRIAN SANDOVAL
Attorney General
By: RENE L. HULSE
Senior Deputy Attorney General
Nevada Bar Number 3778
Nevada Missing Children's Clearinghouse
555 E. Washington Ave., #3900
Las Vegas, Nevada 89101
(702) 486-3420
Attorney for Plaintiff

JUSTICE COURT, LAS VEGAS TOWNSHIP

CLARK COUNTY, NEVADA

* * *

| | |
|---|---|
| THE STATE OF NEVADA, | Case No.: 05F04684X |
| Plaintiff, | Track No.: 7 |
| v. | |
| JAMES IAN MYSTERY, aka JAMES EBBETTS, | **CRIMINAL COMPLAINT** |
| Defendant. | |

The undersigned, BRIAN SANDOVAL, Attorney General of the State of Nevada, by and through his deputy, RENE L. HULSE, under penalty of perjury, who being first duly sworn, and within her knowledge, information and belief, complains and charges the above-named defendant, JAMES IAN MYSTERY, aka JAMES EBBETTS, ("MYSTERY"), with having committed the crime of VIOLATION OF CUSTODY RIGHTS, a felony, in violation of NRS 200.359(1)(a), all of which occurred on or about April 24, 2004, within the County of Clark, State of Nevada, as follows:

**COUNT I**
**VIOLATION OF CUSTODY RIGHTS**
**Felony 200.359(1)(a)**

That on or about April 24, 2004, in Las Vegas, Nevada, in the County of Clark, Defendant, MYSTERY, having a limited right of custody to a child by operation of law or pursuant to an order, judgment or decree of the court, including a judgment or decree which

1 grants another person rights to custody or visitation of the child, did willfully, unlawfully, and
2 feloniously violate an order, judgment or decree of a court by detaining, concealing, or
3 removing a child from a parent, guardian, or other person having lawful custody or right of
4 visitation of the child, to wit: Said Defendant removed and concealed his child, Jonathan
5 Mystery, from Shante Mystery, residing at 5201 Mineral Lake Drive, Las Vegas, Nevada, in
6 violation of an Order filed on November 18, 2003, by the Eighth Judicial District Court, Family
7 Division, in and for Clark County, State of Nevada, Case Number D303991, and continues to
8 conceal the child in violation of that order.

9 All of which constitutes the crime of VIOLATION OF CUSTODY RIGHTS, a felony, in
10 violation of NRS 200.359(1)(a).

11 All of which is contrary to the form, force and effect of the statutes in such cases made
12 and provided against the peace and dignity of the State of Nevada. The Complainant
13 requests that a warrant be issued for the arrest of JAMES IAN MYSTERY, AKA, JAMES
14 EBBETTS, so that said Defendant may be dealt with according to law.

15 Dated this 14th day of March, 2005.

BRIAN SANDOVAL
Attorney General

By: _____
RENE L. HULSE
Senior Deputy Attorney General

Attorney General's Office
555 E. Washington, Suite 1900
Las Vegas, NV 89101

WARRANT ELECTRONICALLY GENERATED AND ENTERED INTO NCJIS
*** DO NOT MANUALLY ENTER INTO NCJIS ***

JUSTICE COURT, LAS VEGAS TOWNSHIP
CLARK COUNTY NEVADA

| | |
|---|---|
| THE STATE OF NEVADA ) | CASE NO: 05F04684X |
| PLAINTIFF ) | DEPT. NO: 7 |
| VS. ) | AGENCY: ATTY GENERAL |
| MYSTERY, JAMES IAN ) | |
| ID# X0007231 ) | |
| ) | ARREST WARRANT |
| DEFENDANT ) | |

THE STATE OF NEVADA,

TO: ANY SHERIFF, CONSTABLE, MARSHALL, POLICEMAN, OR PEACE OFFICER IN THIS STATE:

A COMPLAINT AND AN AFFIDAVIT UPON OATH HAS THIS DAY BEEN LAID BEFORE ME ACCUSING MYSTERY, JAMES IAN, OF THE CRIME(S):

| COUNTS | CHARGE | BAIL: CASH | SURETY | PROPERTY |
|---|---|---|---|---|
| 1 | DETENTION/CHILD F/PERS | 3,000.00 | 30,000.00 | |

YOU ARE, THEREFORE, COMMANDED FORTHWITH TO ARREST THE ABOVE NAMED DEFENDANT AND BRING HIM BEFORE ME AT MY OFFICE IN LAS VEGAS TOWNSHIP, COUNTY OF CLARK, STATE OF NEVADA, OR IN MY ABSENCE OR INABILITY TO ACT, BEFORE THE NEAREST AND MOST ACCESSIBLE MAGISTRATE IN THIS COUNTY.

THIS WARRANT MAY BE SERVED AT ANY HOUR OF THE DAY OR NIGHT.

GIVEN UNDER MY HAND THIS 21ST DAY OF MARCH, 2005.

*Karen Bennett-Haron*
JUSTICE OF THE PEACE IN AND FOR SAID TOWNSHIP
KAREN BENNETT-HARON

SHERIFF'S RETURN

I HEREBY CERTIFY THAT I RECEIVED THE ABOVE AND FOREGOING WARRANT ON THE _____ DAY OF _____, _____ AND SERVED THE SAME BY ARRESTING AND BRINGING DEFENDANT, _____, _____, INTO COU THIS _____ DAY OF _____, _____.

BILL YOUNG, SHERIFF, CLARK COUNTY, NEVADA
BY: _____, DEPUTY

FOR NCIC PURPOSES ONLY

James Mystery: DOB 9/12/1937

AO91 (Rev. 1/83) Criminal Complaint

# United States District Court

## DISTRICT OF NEVADA

FILED

UNITED STATES OF AMERICA
V.

JAMES IAN MYSTERY
5201 Mineral Lake Drive
Las Vegas, NV

May 24, 12 57 PM '05

CRIMINAL COMPLAINT

BY _____

CASE NUMBER:

MJ-S-05-0450-RJJ-RJJ

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.
On or about 04/24/2004 in Clark county, in the _____ District of Nevada, defendant(s), did;
willfully, unlawfully, knowingly, and with the intent to avoid prosecution, travel in Interstate commerce from Las Vegas, Nevada, to Cebu, Philippines, or other areas not currently known, after committing the crimes of Violation of Custody Rights, a felony under the laws of the State of Nevada. Nevada Revised Statutes (NRS)200.359(1)(a).

In violation of Title 18 United States Code, Section(s) 1073

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

On 3/21/2005, a Clark County, Nevada, Justice Court Warrant was issued for the Defendant - James Ian Mystery. This warrant is for Violation of Custody Rights.

On 4/24/2004, the subject fled to the Philippines with the victim child. Detectives from the Las Vegas Metropolitan Police Department and the victim's mother, Shante Sanchez, have been in contact with the subject by email and telephonically in the Philippines. For this reason it is believed that the defendant committed the crimes mentioned above in the State of Nevada, traveled to the Philippines, and/or other locations currently unknown.

Continued on the attached sheet and made a part hereof: ☐ Yes ☒ No

Signature of Complainant

DEAN ABBOTT
Special Agent, FBI
Las Vegas, Nevada

Sworn to before me and subscribed to my presence,
By _____

Date May 24, 2005 at Las Vegas, Nevada
City and State

UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

ROBERT J. JOHNSTON
Signature of Judicial Officer

AO442 (Rev. 12/85) Warrant for Arrest

# United States District Court
## DISTRICT OF NEVADA

FILED May 24 12 57 PM '05

UNITED STATES OF AMERICA
v.
JAMES IAN MYSTERY

**WARRANT FOR ARREST**

CASE NUMBER: MJ-S-05-0450-RJJ-RJJ

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JAMES IAN MYSTERY__

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense) Unlawful Flight to Avoid Prosecution (UFAP)            5-24-05

In violation of Title __18__ United States Code, Section(s) __1073__

UNITED STATES MAGISTRATE JUDGE

ROBERT J. JOHNSTON
Name of Issuing Officer

Title of Issuing Officer

May 24, 2005
DISTRICT OF NEVADA - LAS VEGAS

Bail fixed at $ _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at __Tiyan, Guam__

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/13/05 | SA Kenneth R Klotz SR. | |
| DATE OF ARREST 11/13/05 | | |