DISTRICT COURT OF GUAM
TERRITORY OF GUAM

CIVIL MINUTES - GENERAL



**FILED**
DISTRICT COURT OF GUAM
NOV 1 8 2005
**MARY L.M. MORAN
CLERK OF COURT**

CASE NO. CV-05-00033        DATE: 11/18/2005

CAPTION:  <u>JAMES IAN MYSTERY</u>  -vs-  <u>UNITED STATES OF AMERICA</u>

*********************************************************************************

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge        Law Clerk: Judith Hattori
Court Recorder & Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 9:47:18 - 10:03:43**        CSO: B. Benavente

***************************** A P P E A R A N C E S *****************************

COUNSEL FOR PLAINTIFF(s):        COUNSEL FOR DEFENDANT(s):

JOHN GORMAN        KARON JOHNSON

OTHERS PRESENT

        PERRYN COLLIER, FBI

*********************************************************************************

PROCEEDINGS:   ORDER TO SHOW CAUSE

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT

( ) MOTION(s)  ___Granted  ___ Denied  ___Settled  ___Withdrawn  ___ Under Advisement

( ) ORDER SUBMITTED  ___Approved  ___Disapproved

( ) ORDER to be Prepared By: _____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

NOTES:

Mr. Gorman stated that he will file the necessary documents today to support his appointment. He requested the Court to waive the filing fees for the petition. No objection. GRANTED. He argued for defendant's release and requested for a dismissal of the warrant. Government objected. The Court instructed the Government to file a removal petition by 5:00 p.m. today and stated that failure to file the petition will result in defendant's release. The Court further stated that upon the filing of the removal petition, the Court will set a hearing on the matter for November 21, 2005 at 9:30 A.M.

Courtroom Deputy: _____

