# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

**\*\* AMENDED CIVIL MINUTES - GENERAL**



**FILED**
DISTRICT COURT OF GUAM
NOV 3 0 2005
**MARY L.M. MORAN**
**CLERK OF COURT**

CASE NO. CV-05-00033       DATE: 11/18/2005

CAPTION:   JAMES IAN MYSTERY   -vs-   UNITED STATES OF AMERICA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge**         Law Clerk: Judith Hattori
Court Recorder & Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 9:47:18 - 10:03:43**         CSO: B. Benavente

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* APPEARANCES \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COUNSEL FOR PLAINTIFF(s):**              **COUNSEL FOR DEFENDANT(s):**

JOHN GORMAN                                 KARON JOHNSON

**OTHERS PRESENT**

                                            PERRYN COLLIER, FBI

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PROCEEDINGS:   ORDER TO SHOW CAUSE**

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT

( ) MOTION(s)  ___Granted  ___Denied  ___Settled  ___Withdrawn  ___Under Advisement

( ) ORDER SUBMITTED  ___Approved  ___Disapproved

( ) ORDER to be Prepared By: _____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

Mr. Gorman stated that he will file the necessary documents today to support his appointment. He requested the Court to waive the filing fees for the petition. No objection. GRANTED. He argued for defendant's release and requested for a dismissal of the warrant. Government objected. The Court instructed the Government to file a removal petition by 5:00 p.m. today and stated that failure to file the petition will result in defendant's release. \*\*The Court further stated that upon the filing of the removal petition in a criminal case, the Court will set a hearing on defendant's initial appearance for November 21, 2005 at 9:30 A.M.  Upon filing the petition of removal, this action is considered moot.

Courtroom Deputy: _____