**DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**

| | |
|---|---|
| James Ian Mystery,<br><br>Petitioner,<br><br>vs.<br><br>United States of America,<br><br>Respondent. | Civil Case No. 1:05-cv-00033<br><br><br>**J U D G M E N T** |

**Judgment is hereby entered in accordance with the Amended Minute Entry filed November 30, 2005.**

Dated this 30th day of November, 2005, Hagatna, Guam.

/s/ **Mary L.M. Moran**
Clerk of Court