# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| James Ian Mystery,<br><br>   Petitioner,<br><br>vs.<br><br>United States of America,<br><br>   Respondent. | Case No. 1:05-cv-00033<br><br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Judgment filed on November 30, 2005 and Notice of Entry filed December 1, 2005,* on the dates indicated below:

*Federal Public Defender*   *Office of the United States Attorney*
*December 2, 2005*     *December 2, 2005*

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Judgment filed on November 30, 2005 and Notice of Entry filed December 1, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 5, 2005          /s/ Shirlene A. Ishizu
                       Deputy Clerk